**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 13, 2024.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-23-00458-CV**

**IN RE GOLDFINCH ENERGY HOLDINGS, LLC AND PRIME POWER SOLUTIONS, LLC, D/B/A LIFE CYCLE POWER, Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-40837**

## MEMORANDUM OPINION

On June 30, 2023, relators Goldfinch Energy Holdings, LLC and Prime Power Solutions, LLC, d/b/a Life Cycle Power, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. On May 9, 2024, relators filed a motion to dismiss their petition. *See* Tex. R. App. P. 42.1. The motion is unopposed. Accordingly, we grant relators' motion to dismiss.

We dismiss relators' petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Spain.